**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 98.194.251.136**

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/17/2019 00:00:02 | 117F2C52B28E2D6C67E3676B9AB35988ACCBFFE8 | Perfect Pink Pussy |
| 03/05/2019 04:48:07 | FE6BD64592F9A9F5761205C9B9784205E49CAA4D | Best Fashion Model Girlfriends |
| 03/05/2019 03:44:34 | 63944A2B8FFCADB0BBE4E19B690CA43D1D590F49 | Hot Night Tiny Blonde |
| 01/20/2019 04:42:17 | F67AD2EB6F9D89395D2B03A9EB796547885A672E | Deux Jeunes Lesbiennes |
| 10/25/2018 17:05:35 | 1CB73C42CFFDB68BEA5AA930A41884481329173D | First Time 18 Tight and Tiny |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

STX279